# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>__Ramon Camacho__<br>Defendant | )<br>)<br>) Case No. 17-652<br>)<br>) |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_____
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

Omar Bowoso (SAUSA)
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
*Defendant's signature*

__Lauren Rosen__
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date: __4/20/18__

Approved by: _____
*Magistrate Judge's signature*